### WESTINGHOUSE ELECTRIC MFG. CO. v. CONDIT ELECTRICAL MFG. CO.

(Circuit Court, S. D. New York. July 13, 1909.)

PATENTS (§ 326*)—SUIT FOR INFRINGEMENT—VIOLATION OF INJUNCTION.
    A defendant *held* in contempt for violation of an injunction against infringement of a patent.
    [Ed. Note.—For other cases, see Patents, Cent. Dig. §§ 613–619; Dec. Dig. § 326.*]

In Equity. Suit by the Westinghouse Electric Manufacturing Company against the Condit Electrical Manufacturing Company for infringement of patent. On motion to punish for contempt in violating injunction. Motion sustained.

Kerr, Page & Cooper, for complainant.
C. V. Edwards, for defendant.

LACOMBE, Circuit Judge. I find nothing in the opinion of either Court of Appeals which will warrant the conclusion that by securing an edge contact only of the carbons defendant can differentiate its device from those which have already been held to be infringements. The injunction has been violated, but the circumstances show that no intention to disobey the court was present; defendant honestly believing it could in that way most expeditiously test a new point in which it felt confidence. The fine will, therefore, be substantially nominal, $100—half to the United States.

Order accordingly.